IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMI HARTLEY, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS, INC.<br><br>Defendant. | CIVIL ACTION NO. 23-4891 |

# ORDER

**AND NOW,** this 17th day of July 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 10] and the responses and replies thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff Tomi Hartley's claim under the Arizona Telephone, Utility and Communication Service Records Act is **DISMISSED without prejudice** to Plaintiff filing an Amended Complaint no later than **21 days** from the date of this Order.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**