IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMI HARTLEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>URBAN OUTFITTERS, INC.,<br><br>        Defendant. | CASE NO. 2:23-CV-04891-CMR |

**PLAINTIFF'S NOTICE OF NOTICE OF**
<u>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiff Tomi Hartley voluntarily dismisses her claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  July 31, 2024

Respectfully submitted,

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**

<u>/s/ Kenneth J. Grunfeld</u>
Kenneth J. Grunfeld
PA Bar No.: 84121
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-4100
grunfeld@kolawyers.com

Yitzchak Kopel
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Ken Grunfeld, hereby certify that on July 31, 2024, I caused a true and correct copy of the foregoing to be served upon all counsel of record via the Court's electronic filing system.

*/s/ Ken Grunfeld*
Ken Grunfeld

4879-3109-4228, v. 1